IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr192

UNITED STATES OF AMERICA     )
                                    )
           vs.                   )                  O R D E R
                                    )
SHERRIE JOCELYN WILLIAMS (01)    )
BARBARA HOLLOWAY (02)         )
                                    )

      **THIS MATTER** is before the Court on its own motion and the motions of SHERRIE

JOCELYN WILLIAMS and BARBARA HOLLOWAY (Doc. Nos. 25, 26) to continue this

matter from the February 4, 2008 trial term in the Charlotte Division.

      The Court finds, for the reasons stated in the defendants' motions, that each has stated

sufficient cause for a continuance in this matter. The Court further finds that the ends of justice

served by taking such action outweigh the interests of the public and the defendant to a speedy

trial as set forth in 18 U.S.C. § 3161(h)(8)(A).

      The Court further finds that the other defendant's cases are "joined for trial with a co-

defendant as to whom the time for trial has not run and no motion for severance has been

granted," 18 U.S.C. § 3161(h)(7), and that failure to continue this matter would result in a

miscarriage of justice.  18 U.S.C. § 3161(h)(8)(B)(i).  The Court further finds that the ends of

justice served by taking such action outweigh the best interest of the public and the defendants to

a speedy trial.

**IT IS, THEREFORE, ORDERED,** that this case as to all defendants who are pending for trial is hereby continued to the April 7, 2008 trial term of Court in the Charlotte Division.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, the United States Marshals service, and the U.S. Probation office.

Signed: January 30, 2008

Robert J. Conrad, Jr.
Chief United States District Judge